In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-01088-CR

____________


ROBERT LEE JESSIE, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause No. 1135510






MEMORANDUM OPINION

 On January 4, 2008, appellant, Robert Lee Jessie, filed a motion to dismiss this
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).